ASHWORTH *v.* ASHWORTH.

HILL, J. The petition for permanent and temporary alimony, as amended, was sufficient to withstand the demurrer, and the court did not err in overruling the same. *Sikes* v. *Sikes*, 143 *Ga.* 314 (85 S. E. 193), *Kent* v. *Kent*, 143 *Ga.* 320 (85 S. E. 196).

*Judgment affirmed. All the Justices concur, except Russell, C. J., and Atkinson, J., dissenting.*

No. 7522. MARCH 18, 1930. REHEARING DENIED APRIL 19, 1930.

330

*M. B. Eubanks,* for plaintiff in error.